UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Julie Hargis, | ) | Case No. 05-41837 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

Trustee's Final Report
And Request for Approval of Sale of Personal Property

To:    The Honorable Susan Pierson Sonderby
       United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on September 29, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the September 29, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.   The only property administered by Trustee was Debtor's interest in 2002 Nissan Altima automobile which was

appraised at $9,600.00. After deduction of Debtor's allowable exemptions in the vehicle and the costs of sale, Trustee determined the net value of the property to the estate was $5,824.00. In order to most expeditiously administer the asset, Trustee accepted Debtor's offer to purchase the estate's interest for the full amount of the net value, i.e. $5,824.00. Trustee now seeks approval of the sale in connection with his final report. Trustee respectfully submits that approval of the sale in this manner will avoid the cost of retention of counsel to prepare and submit a separate motion and thus maximize the final distribution to creditors.

4.      A summary of the trustee's final account as of May 15, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $5,901.00 |
| b. | DISBURSEMENTS (See Exhibit C) | | $9.54 |
| c. | NET CASH available for distribution | | $5,891.46 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $1,340.00 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

5.      The Bar Date for filing unsecured claims expired on March 8, 2006.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,340.00 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $19,918.94 |

7.      Trustee proposes that unsecured creditors receive a distribution of 22.8500% of allowed claims .

8.      The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,340.00 | $0.00 |

9.      A fee of $1,200.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: May 17, 2007

_____/s/ Joseph Baldi, trustee_____
Signature

Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

«DebtorName»
«CaseNumber»

Tasks Completed by Trustee

Exhibit A

EXHIBIT A

TASKS PERFORMED BY TRUSTEE

1.    Trustee examined the debtor pursuant to 11 U.S.C. §341.

2.    Trustee negotiated the sale of the estate's interest in Debtor's vehicle back to the Debtor and collected and administered the sale proceeds..

3.    Trustee opened a trust account at Bank of America, invested funds in an interest-bearing money market account and maintained a ledger for the account.

4.    Trustee has reviewed the claims and finalized all claim matters.

5.    All interim reports and this final report were prepared by the Trustee.

EXHIBIT A

«DebtorName»
«CaseNumber»

Form I
Individual Estate Property Record and Report

Exhibit B

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

| Case No: | 05-41837    SPS    Judge: Susan Pierson Sonderby | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HARGIS, JULIE M | | Date Filed (f) or Converted (c): | 09/29/05 (f) |
| | | | 341(a) Meeting Date: | 11/10/05 |
| For Period Ending: 05/16/07 | | | Claims Bar Date: | 03/08/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Automobiles and Other Vehicles | 9,600.00 | 5,824.00 | | 5,824.00 | FA | 0.00 | 3,200.00 |
| 2002 Nissan Altima (50,000) | | | | | | | |
| 2. Cash on Hand | 20.00 | 0.00 | | 0.00 | FA | 0.00 | 20.00 |
| 3. Checking, Savings Accounts | 5.00 | 0.00 | | 0.00 | FA | 0.00 | 5.00 |
| 4. Household Goods & Furnishings | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 77.00 | Unknown | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $  11,125.00 | $  5,824.00 | | $  5,901.00 | $0.00 | 0.00 | 4,725.00 |
| | | | | | (Total Dollar Amount in Column 6) | 0.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action.

Negotiated sale of estate's interest in auto back to debtor for $5,800. Set bar date; Review claims; Preparing final report with request to approve
sale to minimize costs.

Initial Projected Date of Final Report (TFR): 03/01/07        Current Projected Date of Final Report (TFR): 06/01/07

LFORM1EX

Ver: 12.10a

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page    1

| Case No: | 05-41837 -SPS |
|---|---|
| Case Name: | HARGIS, JULIE M |

| Taxpayer ID No: | *******6392 |
|---|---|
| For Period Ending: | 05/16/07 |

| Trustee Name: | Joseph A Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******2158  Interest earning MMA Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   12/13/05 | | SUN TRUST BANK | Debtor's interest in auto | 1129-000 | 5,824.00 | | 5,824.00 |
| 12/13/05 | 1 | Asset Sales Memo: | Automobiles and Other Vehicles  $5,824.00 | | | | 5,824.00 |
| C   12/30/05 | 6 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 1.51 | | 5,825.51 |
| C   01/31/06 | 6 | Bank of America, N.A. | Interest Rate  0.600 | 1270-000 | 2.97 | | 5,828.48 |
| C t 02/13/06 | | Transfer to Acct #*******0371 | Bank Funds Transfer | 9999-000 | | 4.62 | 5,823.86 |
| C   02/28/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.15 | | 5,828.01 |
| C   03/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.95 | | 5,832.96 |
| C   04/28/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.78 | | 5,837.74 |
| C   05/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.97 | | 5,842.71 |
| C   06/30/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.80 | | 5,847.51 |
| C   07/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.97 | | 5,852.48 |
| C   08/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.97 | | 5,857.45 |
| C   09/29/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.81 | | 5,862.26 |
| C   10/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.98 | | 5,867.24 |
| C   11/30/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.82 | | 5,872.06 |
| C   12/29/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.99 | | 5,877.05 |
| C   01/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.99 | | 5,882.04 |
| C t 02/20/07 | | Transfer to Acct #*******0371 | Bank Funds Transfer | 9999-000 | | 4.92 | 5,877.12 |
| C   02/28/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.51 | | 5,881.63 |
| C   03/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.99 | | 5,886.62 |
| C   04/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 4.84 | | 5,891.46 |

LFORM2T4

Ver: 12.10a

**FORM 2**

Page:    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41837 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HARGIS, JULIE M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******2158  Interest earning MMA Account |
| Taxpayer ID No | *******6392 | | |
| For Period Ending: | 05/16/07 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t  Funds Transfer
C  Bank Cleared

| Account  *******2158 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 5,824.00 | 0 | Checks | 0.00 |
| | 17 | Interest Postings | 77.00 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 9.54 |
| | | Subtotal | $    5,901.00 | | | |
| | | | | | Total | $    9.54 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $    5,901.00 | | | |

LFORM2T4

Ver: 12.10a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

| Case No: | 05-41837 -SPS |
|---|---|
| Case Name: | HARGIS, JULIE M |
| Taxpayer ID No: | *******6392 |
| For Period Ending: | 05/16/07 |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | ******0371  Non-Interest earning DDA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/13/06 | | Transfer from Acct #*******2158 | Bank Funds Transfer | 9999-000 | 4.62 | | 4.62 |
| * C  02/13/06 | 001001 | International Sureties | Bond Premium Payment | 2300-004 | | 4.62 | 0.00 |
| | | 203 Carondelet St. | Annual premium payment for Bond # 016026455 | | | | |
| | | New Orleans, LA 70130 | | | | | |
| * C  04/06/06 | 001001 | International Sureties | Stop Payment Reversal | 2300-004 | | -4.62 | 4.62 |
| | | 203 Carondelet St. | STOP PAY ADD SUCCESSFUL | | | | |
| | | New Orleans, LA 70130 | | | | | |
| C  04/11/06 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 4.62 | 0.00 |
| | | 203 Carondelet St. | 2006 Annual premium payment | | | | |
| | | New Orleans, LA 70130 | Replaces Check 1001 | | | | |
| C t 02/20/07 | | Transfer from Acct #*******2158 | Bank Funds Transfer | 9999-000 | 4.92 | | 4.92 |
| C  02/20/07 | 001003 | International Sureties, Ltd. | | 2300-000 | | 4.92 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans  LA  70130 | | | | | |

* Reversed
t Funds Transfer
C Bank Cleared

| Account ******0371 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 4 | Checks | 9.54 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 9.54 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 9.54 | | | |
| | | Total | $ 9.54 | | | |

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-41837 -SPS |
| Case Name: | HARGIS, JULIE M |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0371 Non-Interest earning DDA Account |

| | |
|---|---|
| Taxpayer ID No: | *******6392 |
| For Period Ending: | 05/16/07 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | | | |
| | 2 | Deposits | 5,824.00 | | 4 | Checks | 9.54 | |
| | 17 | Interest Postings | 77.00 | | 0 | Adjustments Out | 0.00 | |
| | | | | | 2 | Transfers Out | 9.54 | |
| | | Subtotal | $ 5,901.00 | | | | | |
| | | | | | | Total | $ 19.08 | |
| | 0 | Adjustments In | 0.00 | | | | | |
| | 2 | Transfers In | 9.54 | | | | | |
| | | Total | $ 5,910.54 | | | Net Total Balance | $ 5,891.46 | |

LFORM2T4

Trustee's Final Report

«DebtorName»
«CaseNumber»

**Proposed Distribution Report**

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Julie M. Hargis, | ) | Case No. 05-41837 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

Trustee's Proposed Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,340.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,551.46 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $5,891.46 |

EXHIBIT D

REPORT OF DISTRIBUTION – CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,340.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,340.00 | $1,340.00 |
| | CLASS TOTALS | $1,340.00 | $1,340.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) – Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) – Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) – Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) – Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) – Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) – Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) – General Unsecured Claims to be paid *pro rata* after costs of administration and priority claims are paid in full | $ 19,918.94 | 22.85 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial *General Unsecured Claims* | $1,413.92 | $323.08 |
| 000002 | Discover Bank/Discover Financial *General Unsecured Claims* | $11,826.20 | $2,702.28 |
| 000003 | Chase Bank Usa, N.A. *General Unsecured Claims* | $6,678.82 | $1,526.10 |
| | CLASS TOTALS | $19,918.94 | $4,551.46 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) – Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) – Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 – Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: May 17, 2006

_____/s/_____
Joseph A. Baldi