UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | 05-41837 |
| Julie M. Hargis , | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

Application for Allowance and Payment of
Final Compensation of Joseph A. Baldi, as Trustee

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate

("Estate") of Julie M. Hargis, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11,

United States Code ("Code"), requests this Court to enter an order allowing and authorizing

payment to Trustee of $1,340.00 as final compensation for his services rendered as trustee in

this case from the date his of appointment through the close of case.    In support thereof,

Trustee states as follows:

Introduction

1.      This case was commenced on September 29, 2005 by the filing of a

voluntary petition for relief under chapter 7 of the Code.   Joseph A. Baldi is the duly

appointed, qualified and acting chapter 7 trustee in this case.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      The sole asset of this Estate is the Debtor's interest in a 2002 Nissan Altima

automobile repurchased by Debtor from the estate for $5, 824.00.

4.     The bar date for filing claims in this case was March 8, 2006.

### Prior Compensation

5.     This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.     Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7.     Since his appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate with a total value of $1,596.00.  Itemized billing statements describing the Trustee's services from Julie M. Hargis through the close of the case are attached hereto as Exhibit A.  Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A.     Trustee negotiated the sale back to Debtor of the estate's interest in Debtor's 2002 Nissan Altima.

B.     Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.     Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

2

    D.      Trustee prepared the semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case; and

    E.      Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

Funds Collected and Disbursed by Trustee

    8.      Trustee has collected the sum of $5,901.00 on behalf of the Estate. Trustee has made $9.54 in disbursements in this case as of the date hereof.

    9.      A copy of the *Form I Individual Estate Property Record and Report* showing the disposition of the assets of this Estate is attached to Trustee's Final Report as Exhibit B.

Compensation Requested

    10.      During the period covered by this Application, Trustee has spent 10.2 hours rendering services on behalf of this Estate with a value of $1,596.00. Trustee estimates that he will spend an additional four (4) hours rendering services with a value of $770.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file his final account.

    11.      The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $Julie M. Hargis follows:

        25% of the first $5,000              $1,250.00

3

| 10% of the next $901.00 | $   90.1 |
|---|---|
| Total allowable compensation | $ 1,340.10 |

12.    Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from date of appointment through close of case in the amount of $1,340.00. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14.    Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

## Status of the Case

15.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

16.    Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate Julie M. Hargis, debtor, requests the entry of an order providing the following:

A.    Allowing and authorizing payment to Trustee of final compensation in the amount of $1,340.00 for his actual and necessary professional services rendered and to be rendered on behalf of this Estate date of appointment through close of case; and

4

B.    For such other and further relief as this Court deems appropriate.

Dated:  May 17, 2007              Joseph A. Baldi, as trustee of the estate
                                 of Julie M. Hargis, debtor

                        By:_____/s/_____
                                     Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603   (312) 726-8150

Trustee's Final Fee Application

«DebtorName»
«CaseNumber»

Trustee's Itemized Billing Statements

Exhibit A

## Joseph A. Baldi & Associates, P. C.
### 19 S. LaSalle Street
### Suite 1500
### Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

May 16, 2007
Invoice No: 883

Joseph A. Baldi & Associates. P.C.
19 South LaSalle Street
Suite 1500
Chicago. Illinois 60603

**In Reference to:**   *Hargis - Trustee Matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 12/13/2005 | ECB1 | Set up bank account and obtain tax id for estate (.2) Process and deposit check for Debtor's purchase of vehicle (.2) | 0.40 $140.00/ hr | $56.00 |
| 12/13/2005 | ECB1 | Review schedules and set up properties on trustee's database | 0.30 $140.00/ hr | $42.00 |
| 12/15/2005 | JAB | Review file. review follow up needed for case. | 0.30 $350.00/ hr | $105.00 |
| 12/21/2005 | ECB1 | Confer with Trustee re status and case progress | 0.10 $140.00/ hr | $14.00 |
| 2/06/2006 | ECB1 | Review trustee database re status of file in connection with prep of Trustee's annual reports to Department of Justice | 0.20 $140.00/ hr | $28.00 |
| 2/13/2006 | ECB1 | Prepare annual bond disbursement report | 0.10 $140.00/ hr | $14.00 |
| 2/14/2006 | ECB1 | Prep 2006 blanket bond payment and transmittal of same to International Sureties. Inc. | 0.20 $140.00/ hr | $28.00 |
| 3/03/2006 | ECB1 | Prepare 2005 annual report for United States Trustee and update trustee database re same | 1.00 $140.00/ hr | $140.00 |
| 3/08/2006 | ECB1 | Review January 2006 bank statements and reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 3/16/2006 | ECB1 | Review February 2006 bank statements and reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 4/10/2006 | ECB1 | Stop payment on lost check for bond premium (.1) Update stop payment log re same (.1) | 0.20 $140.00/ hr | $28.00 |
| 4/11/2006 | ECB1 | Issue replacement check for 2006 bond premium payment (.1) Letter to International Sureties re same (.1) | 0.20 $140.00/ hr | $28.00 |

# Joseph A. Baldi & Associates, P. C.

5/16/2007

Hargis - Trustee Matters

Page    2

| Date | | Description | | |
|---|---|---|---|---|
| 4/17/2006 | ECB1 | Prepare and E-file Form 1 & 2 for 2005 UST annual review | 0.20 $140.00/ hr | $28.00 |
| 4/18/2006 | ECB1 | Process March 2006 bank statements; Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 5/15/2006 | ECB1 | Process April 2006 bank statements; Reconcile accounts | 0.20 $140.00/ hr | $28.00 |
| 6/12/2006 | ECB1 | Perform internal audit of trustee banking files and corresponding databases | 0.20 $140.00/ hr | $28.00 |
| 6/21/2006 | ECB1 | Process May 2006 bank statements: Reconcile bank accounts | 0.20 $140.00/ hr | $28.00 |
| 7/19/2006 | ECB1 | Process June 2006 bank statements (.1): reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 8/17/2006 | ECB1 | Review and process July 2006 bank statements (.1) Reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 9/21/2006 | ECB1 | Process August 2006 bank statements and reconcile bank accounts | 0.20 $140.00/ hr | $28.00 |
| 10/10/2006 | JAB | Review and download claims | 0.50 $350.00/ hr | $175.00 |
| 11/21/2006 | ECB1 | Process October 2006 bank statements: reconcile bank accounts | 0.10 $140.00/ hr | $14.00 |
| 12/19/2006 | ECB1 | Process November 2006: Reconcile Bank accounts | 0.10 $140.00/ hr | $14.00 |
| 1/15/2007 | ECB1 | Process January 07 bank statements: Reconcile estate accounts | 0.10 $140.00/ hr | $14.00 |
| 2/20/2007 | ECB1 | Prepare Blanket Bond Report (.1) Prep premium check and transmittal to International Sureties (.1) | 0.20 $140.00/ hr | $28.00 |
| 3/20/2007 | ECB1 | Process February 2007 bank statements: Reconcile accounts | 0.10 $140.00/ hr | $14.00 |
| 4/17/2007 | ECB1 | Process March 2007 bank statements (.1) Reconcile accounts (.1) | 0.20 $140.00/ hr | $28.00 |
| 5/16/2007 | ECB1 | Review file, docket and claims (.8) Prepare Trustee's Final Report, Proposed Distribution Report and supporting exhibits (1.3) Prep notice on final hearing (.2) Prepare TR final Fee App. Order and affidavit (1.3)  Prepare transmittal of TFR final package to UST (.3) | 3.90 $140.00/ hr | $546.00 |

|  | | | | |
|---|---|---|---|---|
|  | | Total Hours | 10.20 | Total Fees | $1,596.00 |

## Joseph A. Baldi & Associates, P. C.

5/16/2007

Page    3

Hargis - Trustee Matters

| | |
|---|---|
| Total New Charges | $1.596.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,596.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 9.40 | $140.00 |
| Joseph A Baldi | 0.80 | $350.00 |
| | 10.20 | |

«DebtorName»
«CaseNumber»

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | 05-41837 |
| Julie M. Hargis, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

Trustee's Affidavit Pursuant to Rule 2016

State of Illinois        )
County of Cook        )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.      I have read the Application for Allowance and Payment of Final Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.      I have not previously received payment of any compensation for services rendered in connection with this case.  I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of my law firm, Joseph A. Baldi & Associates.

4.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on May 17, 2007

Notary Public

OFFICIAL SEAL
Elizabeth C. Berg
Notary Public, State of Illinois
My Commission Exp. 06/16/2008

**Exhibit B**