UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Julie M. Hargis, | ) | Case No. 05-41837 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

Notice of Trustee's Final Report,
Hearing on Application for Compensation and
Hearing on Request for Approval of Sale of Personal Property

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois

   On: **July 25, 2007**          Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications, ruling on Trustee's request for approval of sale of personal property and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                                  $5,901.00

   Disbursements                                                                                              $9.54

   Net Cash Available for Distribution                                                                  $5,891.46

4. In his Final Report, Trustee has requested approval of his sale back to Debtor of the estate's interest in Debtor's 2002 Nissan Altima which was appraised at $9,600. After deduction of the Debtor's allowed exemptions in the vehicle, the remaining value of the estate's interest was $5,824.00. In order to most expeditiously administer the vehicle and

maximize the return to creditors, Trustee accepted Debtor's offer and now seeks court approval of same.

5. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,340.00 | $0.00 |

6. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None.

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% . Allowed priority claims are: None.

8. Claims of general unsecured creditors totaling $19,918.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 22.85% . Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial | $1,413.92 | $323.08 |
| 000002 | Discover Bank/Discover Financial | $11,826.20 | $2,702.28 |
| 000003 | Chase Bank Usa, N.A. | $6,678.82 | $1,526.10 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and application for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and request for approval of sale of personal property and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12.  The Trustee proposes to abandon the following property at the hearing:  None.

Dated: **June 21, 2007**                                          For the Court,

                                                 By:  **KENNETH S GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn, 7th Floor
                                                      Chicago, Illinois  60604

Trustee:     Joseph A. Baldi
Address:     Suite 1500
             19 South LaSalle Street
             Chicago, IL  60603
Phone No.:   (312) 726-8150