UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Julie M. Hargis, | ) | Case No. 05-41837 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Notice of Trustee's Final Report,
Hearing on Application for Compensation and
Hearing on Request for Approval of Sale of Personal Property**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois

   On: **July 25, 2007**            Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications, ruling on Trustee's request for approval of sale of personal property and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                $5,901.00

   Disbursements                                              $9.54

   Net Cash Available for Distribution                     $5,891.46

4. In his Final Report, Trustee has requested approval of his sale back to Debtor of the estate's interest in Debtor's 2002 Nissan Altima which was appraised at $9,600. After deduction of the Debtor's allowed exemptions in the vehicle, the remaining value of the estate's interest was $5,824.00. In order to most expeditiously administer the vehicle and

maximize the return to creditors, Trustee accepted Debtor's offer and now seeks court approval of same.

5. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,340.00 | $0.00 |

6. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None.

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% . Allowed priority claims are: None.

8. Claims of general unsecured creditors totaling $19,918.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 22.85% . Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial | $1,413.92 | $323.08 |
| 000002 | Discover Bank/Discover Financial | $11,826.20 | $2,702.28 |
| 000003 | Chase Bank Usa, N.A. | $6,678.82 | $1,526.10 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and application for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and request for approval of sale of personal property and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12.    The Trustee proposes to abandon the following property at the hearing:  None.

Dated: **June 21, 2007**                                                    For the Court,

                                                                               By:  **KENNETH S GARDNER**
                                                                                       Kenneth S. Gardner
                                                                                       Clerk of the U.S. Bankruptcy Court
                                                                                       219 S. Dearborn, 7th Floor
                                                                                       Chicago, Illinois  60604

Trustee:      Joseph A. Baldi
Address:     Suite 1500
                   19 South LaSalle Street
                   Chicago, IL  60603
Phone No.:   (312) 726-8150

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

837   Doc 21   Filed 06/21/07   Entered 06/23/07 23:36:46   Desc Imaged
            Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1         Date Rcvd: Jun 21, 2007
Case: 05-41837                 Form ID: pdf002          Total Served: 9
```

The following entities were served by first class mail on Jun 23, 2007.
```
db         +Julie M Hargis,   2723 West Prindiville Street,   Chicago, IL 60647-4028
aty        +Lorraine M Greenberg,   Lorraine Greenberg & Associates LLC,   20 E Jackson Blvd,   Suite 800,
             Chicago, IL 60604-2208
tr         +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
             Chicago, IL 60603-1413
10558993   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9928994    +Chase Manhattan Bank,   c/o Creditors Interchange,   80 Holtz drive,   Buffalo, NY 14225-1470
9928995    +Discover,   c/o Baker, Miller, Markoff, Krasny,   29 N. Wacker Drive, 5th floor,
             Chicago, IL 60606-3203
9928997    +MBNA America Bank, N.A.,   c/o Wolpoff & Abramson, LLP,   702 King Farm Blvd.,
             Rockville, MD 20850-5774
```

The following entities were served by electronic transmission on Jun 22, 2007.
```
9928996     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2007 02:21:34     Discover,   P.O.Box 30395,
             Salt Lake City, UT 84130-0395
10557241   +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2007 02:21:34
             Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                    **Signature:**    _Joseph Speetjens_