05-41837:16.1:Final Report and Account - Asset:Proposed Order Entered: 6/7/2007 2:08:10 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-41837 |
| Julie M. Hargis, | ) | |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

Order Approving Sale

THIS MATTER COMING ON TO BE HEARD in connection with the Trustee's Final Report and Request for Approval of Sale of Personal Property ("Final Report"), adequate notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's prior sale back to the Debtor of Debtor's interest in a 2002 Nissan Altima for $5,824.000 during the course of his administration of this estate as described in the Final Report is hereby approved.

DATED: 7-25-07

ENTERED:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Joseph A. Baldi
Atty I.D. 00100145
19 S. LaSalle St. #1500
Chicago IL 60603
(312) 726-8150