UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Julie M. Hargis, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | Case No.  05-41837 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:  The Honorable Susan Pierson Sonderby
     United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  October 25, 2007

                    /s/
                    _____
                    Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

05-41837:17.1.Application for Compensation:Proposed Order Entered: 6/7/2007 2:12:39 PM by:Joseph Baldi, Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

In re                                    )     Chapter 7
                                         )
Julie M. Hargis,                         )     05-41837
                                         )
                     Debtor.             )     Susan Pierson Sonderby

Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of
fees and expenses of administration, notice having been given and the Court being duly
advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are
allowed as follows:

1.    Trustee's compensation                      $1,340.00
2.    Trustee's expenses                          $    0.00

               TOTAL                              $1,340.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed
above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy
Court.

DATED:    7. 26 . 07

ENTERED:

                          UNITED STATES BANKRUPTCY JUDGE

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re | ) | Chapter 7 | |
| | ) | | |
| Julie M. Hargis, | ) | Case No. 05-41837 | |
| | ) | | |
| Debtor. | ) | Hon. Susan Pierson Sonderby | |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

Summary of Distribution:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,340.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims [507(a)(3)–(a)(6)]: | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,565.18 |
| Interest [726(a)(5)]: | $0.00 |
| Surplus to Debtor [726(a)(6)]: | $0.00 |
| Total Amount To Be Distributed: | $5,905.18 |

REPORT OF DISTRIBUTION – CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,340.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,340.00 | $1,340.00 |
| | CLASS TOTALS | $1,340.00 | $1,340.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) – Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) – Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5)   –   Farmers'   and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) – Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) – Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) – Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) – General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 19,918.94 | 22.92 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Discover Bank/Discover Financial *General Unsecured Claims* | $1,413.92 | $324.05 |
| 000002 | Discover Bank/Discover Financial *General Unsecured Claims* | $11,826.20 | $2,710.42 |
| 000003 | Chase Bank Usa, N.A. *General Unsecured Claims* | $6,678.82 | $1,530.71 |
| | CLASS TOTALS | $19,918.94 | $4,565.18 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) – Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) – Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 – Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 25, 2007                    /s/ Joseph Baldi, trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

FORM 2                                                                              Page    1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41837 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HARGIS, JULIE M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******2158  Interest earning MMA Account |
| Taxpayer ID No: | *******6392 | | |
| For Period Ending: | 10/25/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C  12/13/05 | | SUN TRUST BANK | Debtor's interest in auto | 5,824.00 | | | | | 5,824.00 |
| 12/13/05 | 1 | Asset Sales Memo: | Automobiles and Other Vehicles  $5,824.00 | | | | | | 5,824.00 |
| C  12/30/05 | 6 | Bank of America, N.A. | Interest Rate  0.600 | | 1.51 | | | | 5,825.51 |
| C  01/31/06 | 6 | Bank of America, N.A. | Interest Rate  0.600 | | 2.97 | | | | 5,828.48 |
| C  02/13/06 | | Transfer to Acct #*******0371 | Bank Funds Transfer | | | | | -4.62 | 5,823.86 |
| C  02/28/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.15 | | | | 5,828.01 |
| C  03/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.95 | | | | 5,832.96 |
| C  04/28/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.78 | | | | 5,837.74 |
| C  05/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.97 | | | | 5,842.71 |
| C  06/30/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.80 | | | | 5,847.51 |
| C  07/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.97 | | | | 5,852.48 |
| C  08/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.97 | | | | 5,857.45 |
| C  09/29/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.81 | | | | 5,862.26 |
| C  10/31/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.98 | | | | 5,867.24 |
| C  11/30/06 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.82 | | | | 5,872.06 |
| C  12/29/06 | 6 | Bank of America, N.A | Interest Rate  1.000 | | 4.99 | | | | 5,877.05 |
| C  01/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.99 | | | | 5,882.04 |
| C  02/20/07 | | Transfer to Acct #*******0371 | Bank Funds Transfer | | | | | -4.92 | 5,877.12 |
| C  02/28/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.51 | | | | 5,881.63 |
| C  03/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.99 | | | | 5,886.62 |
| C  04/30/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.84 | | | | 5,891.46 |
| C  05/31/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 5.00 | | | | 5,896.46 |
| C  06/29/07 | 6 | Bank of America, N.A. | Interest Rate  1.000 | | 4.84 | | | | 5,901.30 |
| C  07/25/07 | 6 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 3.88 | | | | 5,905.18 |
| C  07/25/07 | | Transfer to Acct #*******0371 | Final Posting Transfer | | | | | -5,905.18 | 0.00 |
| | | | transfer funds for final distribution. | | | | | | |

LFORM2XT                                                                          Ver: 12.60b

FORM 2                                                                                     Page    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41837 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HARGIS, JULIE M | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******2158 Interest earning MMA Account |
| Taxpayer ID No: | *******6392 | | | |
| For Period Ending: | 10/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account  *******2158 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 5,824.00 | 0 | Checks | 0.00 |
| | 20 | Interest Postings | 90.72 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 5,914.72 |
| | | Subtotal | $ 5,914.72 | | | |
| | | | | | Total | $ 5,914.72 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,914.72 | | | |

LFORM2XT

Ver: 12.60b

**FORM 2**                                                                  Page    3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41837 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HARGIS, JULIE M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD # | *******0371 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6392 | | |
| For Period Ending: | 10/25/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 02/13/06 | | Transfer from Acct #*******2158 | Bank Funds Transfer | | | | | 4.62 | 4.62 |
| * C 02/13/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment Annual premium payment for Bond # 016026455 | | | 4.62 | | | 0.00 |
| * C 04/06/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | | | -4.62 | | | 4.62 |
| C 04/11/06 | 001002 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment 2006 Annual premium payment Replaces Check 1001 | | | 4.62 | | | 0.00 |
| C 02/20/07 | | Transfer from Acct #*******2158 | Bank Funds Transfer | | | | | 4.92 | 4.92 |
| C 02/20/07 | 001003 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans  LA  70130 | | | | 4.92 | | | 0.00 |
| C 07/25/07 | | Transfer from Acct #*******2158 | Transfer In From MMA Account transfer funds for final distribution. | | | | | 5,905.18 | 5,905.18 |
| C 08/13/07 | 001004 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | | | 1,340.00 | | | 4,565.18 |
| C 08/13/07 | 001005 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000001, Payment 22.92% | | | 324.05 | | | 4,241.13 |
| C 08/13/07 | 001006 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard, OH 43026 | Claim 000002, Payment 22.92% | | | 2,710.42 | | | 1,530.71 |
| C 08/13/07 | 001007 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Claim 000003, Payment 22.92% | | | 1,530.71 | | | 0.00 |

**FORM 2**                                                                    Page:   4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-41837 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HARGIS, JULIE M | | Bank Name: | Bank of America, N A |
| | | | Account Number / CD #: | *******0371  Non-Interest earning DDA Account |
| Taxpayer ID No: | *******6392 | | | |
| For Period Ending: | 10/25/07 | | Blanket Bond (per case limit):  $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account  *******0371 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 8 | Checks | 5,914.72 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $        0.00 | | | |
| | | | | | Total | $    5,914.72 |
| | 0 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 5,914.72 | | | |
| | | Total | $     5,914.72 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 5,824.00 | 8 Checks | | 5,914.72 |
| | 20 | Interest Postings | 90.72 | 0 Adjustments Out | | 0.00 |
| | | | | 3 Transfers Out | | 5,914.72 |
| | | Subtotal | $     5,914.72 | | | |
| | | | | Total | $   11,829.44 | |
| | 0 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 5,914.72 | | | |
| | | Total | $   11,829.44 | Net Total Balance | $        0.00 | |

LFORM2XT                                                                    Ver: 12.60b