UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JULIE M. HARGIS, | ) | CASE NO. 05 B 41837 |
| | ) | |
| DEBTOR(S). | ) | HON. SUSAN PIERSON SONDERBY |

## NOTICE OF FILING OF U.S. TRUSTEE'S
## MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

**To:** Joseph Baldi
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
Registrant's e-mail: jabaldi@ameritech.net

**Please Take Notice** that on **November 26, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: November 26, 2007           BY: /s/ Roman L. Sukley
                                   Roman L. Sukley, Attorney
                                   Office of the U.S. Trustee
                                   227 W. Monroe St., Suite 3350
                                   Chicago, IL  60606
                                   (312) 886-3324

## CERTIFICATE OF SERVICE

I, Roman Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on November 26, 2007.

/s/ Roman L. Sukley